COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| | § | |
| IN RE: ERIC FLORES, | § | No. 08-09-00303-CR |
| | § | |
| | | AN ORIGINAL PROCEEDING |
| Relator. | § | |
| | | IN MANDAMUS |
| | § | |
| | § | |

## MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS

Relator, Eric Flores, seeks a writ of mandamus to compel the El Paso County Sheriff, "discharge the [Relator] from illegal confinement."

This court does not have the authority to issue a writ of mandamus the Respondent in this case. *See* TEX.GOV'T CODE ANN. § 22.221(b)(Vernon 2004). Therefore, mandamus relief is denied. We therefore deny relator's request.

January 20, 2010

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)